IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JUSTIN NATHANIEL BATES                                                                                  PLAINTIFF

      v.                              Civil No. 6:13-cv-06066

ADDALIN HARRIS MOLDEN, Employee
of the Arkansas Department of Correction                                                          DEFENDANT

## REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

This is a civil rights action filed by the Plaintiff pursuant to 42 U.S.C. § 1983. Plaintiff is proceeding *pro se*. Pursuant to the provisions of 28 U.S.C. § 636(b)(1) and (3)(2013), the Honorable Robert T. Dawson, United States District Judge, referred this case to the undersigned for the purpose of making a report and recommendation.

Plaintiff has submitted two applications to proceed *in forma pauperis* (IFP)(ECF No. 1 & ECF No. 6). The first application (ECF No. 1) was incomplete for two reasons: first, Plaintiff failed to answer questions five and six on the second page of the application; and second, he failed to have the institute of incarceration complete the account certificate portion of the complaint.

For this reason, an order (ECF No. 5) was entered on August 30, 2013, giving Plaintiff until September 20, 2013, to return the completed application to this Court. Plaintiff was advised that failure to obey the order would result in the dismissal of this complaint.

On September 10, 2013, Plaintiff submitted his second application to proceed IFP (ECF No. 6). On this application, Plaintiff answered questions five and six on the second page of the application. However, he still failed to have the certificate of account portion of the application completed by the appropriate detention official.

A show cause order was entered on September 25, 2013 (ECF No. 7) giving Plaintiff until October 18, 2013, to show cause why this case should not be dismissed based on Plaintiff's failure

to obey the orders of the Court.  To date, Plaintiff has not responded to the show cause order.  He has not requested an extension of time to do so.  Plaintiff has not communicated with the Court in anyway.  No mail has been returned as undeliverable.

    I therefore recommend that this case be dismissed with prejudice based on Plaintiff's failure to obey the orders of this Court and his failure to prosecute the action.  Fed. R. Civ. P. 41(b).

    **The Plaintiff has fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1).  The failure to file timely objections may result in waiver of the right to appeal questions of fact.  The Plaintiff is reminded that objections must be both timely and specific to trigger de novo review by the district court.**

    DATED this 31st day of October 2013.

    /s/ Barry A. Bryant
    HON. BARRY A. BRYANT
    UNITED STATES MAGISTRATE JUDGE