```
         IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                 HOT SPRINGS DIVISION
```

JUSTIN NATHANIEL BATES                                    PLAINTIFF

    V.                    Civil No. 13-6066

ADDALIN HARRIS MOLDEN, Employee
of the Arkansas Department of Correction                  DEFENDANT

## O R D E R

On this 6th day of January 2014, there comes on for consideration the report and recommendation filed in this case on October 31, 2013, by the Honorable Barry A. Bryant, United States Magistrate for the Western District of Arkansas. (Doc. 8). No objections were filed to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE for failure to prosecute and for failure to obey the orders of this Court. *See* Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

```
                         /s/ Robert T. Dawson
                         Honorable Robert T. Dawson
                         United States District Judge
```